# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-1447-RSH |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING NON-DISCLOSURE** |
| CRISTAL AILYN MIRANDA, | |
| Defendant. | |

The Court has reviewed the United States' Ex Parte Application for Order Regarding Non-Disclosure, with exhibits, submitted to the Court for in camera review on March 10, 2025. Based on that review, the Court concludes that the evidence detailed in Sections III and IV of the application need not be disclosed to Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963) or Rule 16 of the Federal Rules of Criminal Procedure.

This determination is based on the information currently available to the Court. If the United States becomes aware that the information contained in its application is inaccurate or in relevant respects incomplete, the United States must advise the Court immediately. Additionally, the Court may *sua sponte* revisit this order in light of further factual developments in the case.

//
//

1    The application and its exhibits shall be filed under seal, on the basis that they
2 contain certain sensitive law enforcement information (which has not been produced to the
3 defense), as well as personal identifiable information as to third parties (which has been
4 produced to the defense pursuant to the Protective Order in this case).

5    **IT IS SO ORDERED**.

6    Date: March 11, 2025

*Robert S. Huie*
_____
HON. ROBERT S. HUIE
United States District Judge