UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-1447-RSH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| CRISTAL AILYN MIRANDA, | |
| Defendant. | |

The United States' Motion to Dismiss the Information is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 6/11/25

*Robert S. Huie*

HON. ROBERT S. HUIE
United State District Judge